December 4, 1981.

441 A.2d 441

Commonwealth v. Garrison, Appellant.

Submitted January 12, 1981. David G. Metinko, for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

504

The judgment of sentence of the lower court is hereby affirmed.